IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UQUEVIA STOKES, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV416-125
 )
SYDNEY RAE ROE, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is Plaintiff Uquevia Stokes's Motion for Remand. (Doc. 8.) In the motion, Plaintiff stipulates that her damages are less than $75,000. (Id. ¶ 4.) Based on Plaintiff's stipulation, Defendant consents to remand. (Doc. 9 ¶ 4.) Accordingly, Plaintiff's motion is **GRANTED** and this case is **REMANDED** to the State Court of Bryan County, Georgia. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of the State Court of Bryan County and to close this case.

SO ORDERED this 27th day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA